1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11
12   VINCENT FLOYD RUSSO,                    Case No. 5:18-cv-02623-FLA (LALx)

13                              Petitioner,   **ORDER ACCEPTING REPORT**
                                             **AND RECOMMENDATION OF**
14                    v.                      **UNITED STATES MAGISTRATE**
                                             **JUDGE**
15   STU SHERMAN, Warden,

16                              Respondent.

17
18
19        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

20   Petition, the Magistrate Judge's Report and Recommendation, Petitioner's

21   Objections and the remaining record, and has made a *de novo* determination.

22        Petitioner's Objections lack merit for the reasons stated in the Report and

23   Recommendation.

24        Accordingly, IT IS ORDERED THAT:

25        1.    The Report and Recommendation is approved and accepted;

26        2.    Judgment be entered denying the First Amended Petition and

27   dismissing this action with prejudice; and

28   ///

1

2          3.      The Clerk serve copies of this Order on the parties.

3

4

5     DATED: September 30, 2021

6                                          FERNANDO L. AENLLE-ROCHA
                                           United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28