**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT FLOYD RUSSO,<br><br>      Petitioner,<br><br>  v.<br><br>STU SHERMAN, Warden,<br><br>      Respondent. | Case No. 5:18-cv-02623-FLA (LALx)<br><br>**JUDGMENT** |

 Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

 IT IS ADJUDGED that the Fist Amended Petition is denied and this action is dismissed with prejudice.

DATED: September 30, 2021

              _____
              FERNANDO L. AENLLE-ROCHA
              United States District Judge